FILED'11 MAR 8 11:41USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALLEN EUGENE STAFFORD

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

      Defendant.

Civ. No.09-1449-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error in the Report and Recommendation.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#22) is adopted. As identified in the Report and Recommendation, the Commissioner's decision is affirmed in part and reversed and remanded in part.

IT IS SO ORDERED.

DATED this ____ day of March, 2011.

*Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER